Case 7:16-cr-00208-DC   Document 1   Filed 07/28/16   Page 1 of 3

ARRESTED YOUNG 07/27/2016

AO 91 (Rev. 5/85) Criminal Complaint   This form was electronically produced via OmniForm

FILED
JUL 28 2016
CLERK, U.S DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

# United States District Court

WESTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA
V.
**Manuel PADILLA**

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: 7:16-MJ-321

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **July 27, 2016** in **MIDLAND** county, in the **WESTERN** District of **TEXAS**, defendant(s) did, (Trace Statutory Language of Offense) **knowingly and intentionally Possess with intent to distribute a controlled substance, which offense involved 5 grams or more of methamphetamine, a Schedule II Controlled Substance**

in violation of Title **21**, United States Code, Section(s) **841(a)(1)**

I further state that I am a(n) **Task Force Officer** and that this complaint is based on the following facts:
Official Title

**SEE ATTACHMENT**

Continued on the attached Sheet and made a part hereof:   ☒ Yes   ☐ No

Signature of Complainant

Sworn before me and subscribed in my presence,

7/28/16
Date

at **Midland Texas**
City and State

**U.S. MAGISTRATE JUDGE DAVID COUNTS**
Name and Title of Judicial Officer

Signature of Judicial Officer

# AFFIDAVIT

I, Mitch Russell, having been duly sworn, depose and state: I am a Task Force Officer of the Drug Enforcement Administration (DEA) assigned to the Midland, Texas, Resident Office. As a DEA Task Force Officer, I am empowered by Title 21, Section 878 of the United States Code to effect arrests, searches, and seizures for violations of the federal narcotics laws. I have been a Task Force Officer of the DEA since August of 2008, during which time I have specialized in investigations involving narcotics trafficking. I have received specialized training on the subject of narcotics trafficking and money laundering from the DEA and have been personally involved in investigations concerning the possession, manufacture, distribution, and importation of controlled substances, as well as methods used to finance drug transactions.

Prior to my assignment with the DEA as a Task Force Officer, I am employed by the Midland Police Department and have been since February 1991, I have participated and supported numerous narcotic investigations involving the illegal manufacturing, possession, sale, distribution and importation of many different types of controlled substances. I am familiar with the facts and circumstances of this investigation as a result of my personal participation in the investigation referred to in this affidavit and information summarized in reports I have reviewed. I have compiled information derived from numerous discussions with experienced law enforcement officers, including Special Agents of the DEA and other State and Local law enforcement agencies.

The following information is based upon your Affiant's personal knowledge as well as information provided by other federal, state and local officers and is presented as probable cause to charge the herein named subjects. Since this affidavit is being submitted for the limited purpose of establishing probable cause, your Affiant has not included each and every known fact regarding the instant investigation. More specifically, your Affiant has set forth only pertinent facts that your Affiant believes are necessary to establish probable cause.

The Midland Police Department (MPD) and DEA Midland Resident Office (MRO) are investigating methamphetamine traffickers in the West Texas area. On 07-27-2016 The Midland Police Department executed a State of Texas search warrant at 103 E. Pecan, Midland Texas the residence of Manuel PADILLA. During the search of the residence approximately 22 grams of suspected methamphetamine was located by TFO Mitch Russell and Midland Police Detective T. Stanley in the top dresser drawer of the southeast bedroom in a plastic container. Also located inside the room were documents in the name of PADILLA. PADILLA was found to currently be on State of Texas parole and Federal Supervised release.

1

The suspected methamphetamine was field tested by TFO Russell utilizing a presumptive test kit and it showed a positive result for the presence of methamphetamine.

PADILLA was interviewed and post Miranda admitted to the possession of the methamphetamine that was located in his bedroom.

PADILLA was arrested for Possession with intent to distribute 5 grams or more of actual methamphetamine and transported to the Midland County jail to await his initial appearance.

Based on these facts, your Affiant believes that probable cause exists to show that Manuel PADILLA did possess with intent to distribute 5 grams or more of actual methamphetamine in violation of 21 U.S.C. 841 (a) (1).

_____
Mitch Russell
Task Force Officer
Drug Enforcement Administration

SWORN AND SUBSCRIBED to before me on this 28th ~~this~~ day of July, 2016.

_____
David Counts
United States Magistrate Judge
Western District of Texas

2